UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL ARTHUR MACKS,

    Plaintiff,

v.                                              Case No. 3:22cv1034-MCR-HTC

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 22, 2022 (ECF No. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion for summary judgment (ECF No. 16) is DENIED.

3.	The decision of the Commissioner is AFFIRMED, and Mack's application for disability insurance benefits is DENIED.

4.	The clerk is directed to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** this 8th day of December 2022.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**